IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| EAGLE TRANSPORTATION, LLC, | ) | CIVIL ACTION FILE |
| | ) | NO: 2:15-cv-119-WCO |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | *ON REMOVAL FROM THE STATE* |
| | ) | *(GA) COURT OF HALL COUNTY,* |
| | ) | *CIVIL NO. 15-CV-908-J* |
| | ) | |
| BILLY LANTHRIP d/b/a BILLY'S TRUCKING, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

**TO: THE JUDGES, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

Billy Lanthrip d/b/a Billy's Trucking, defendant in the above-styled case, hereby gives notice of removal in the above-styled case to the United States District Court for the Northern District of Georgia, Gainesville Division and respectfully shows as follows:

333315v.1

1.

On or about the 30th day of April, 2015, Plaintiff commenced an action against the above-captioned Defendant in the State Court of Hall County entitled *Eagle Transportation, LLC v. Billy Lanthrip d/b/a Billy's Trucking*, Civil Action File No. 15-CV-908-J (the "state court action"). The defendant received process on or about May 18, 2015. A true copy of the Complaint is attached hereto as Exhibit "A." Defendant represents that he is simultaneously filing a copy of the instant notice in the State Court of Hall County, Georgia in accordance with 28 U.S.C. § 1446(d).

2.

The above-described action is a civil action of which this Court has subject matter jurisdiction under 28 U.S.C. § 1337(a) and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a).

3.

Plaintiff claims $37,017.40 in damages, exclusive of interests and attorney's fees. Therefore, the amount in controversy in the suit at bar meets the $10,000.00 threshold as stated in 28 U.S.C. § 1337(a) because it does not "appear to a legal certainty that the claim is really for less than the

333315v.1

jurisdictional amount." *Tonea v. Bank of America, N.A.*, 6 F.Supp.3d 1331, 1341 (N.D.Ga. 2014) (citations omitted).

**WHEREFORE**, Defendant hereby gives notice of the removal of this case to the United States District Court for the Northern District of Georgia, Gainesville Division.

This 4th day of June, 2015.

                                  **DODSON & ASSOCIATES**

                                  **/S/    NORMAN M. SAWYER, JR.**
                                  **NORMAN M. SAWYER, JR.**
                                  Georgia Bar No.  116686
                                  Attorney for Defendant

Caller Service No. 1808
Alpharetta, GA  30023-1808
Tel.: 678-317-7116
Fax: 678-317-8917
nsawyer@travelers.com

## **CERTIFICATE OF SERVICE AND COMPLIANCE WITH RULE 5.1**

I, the undersigned, hereby certify that this document was prepared using Times New Roman 14 point font, one of the fonts and typeface sizes allowed by Local Rule 5.1.

I, the undersigned, further certify that I have this day served a copy of the foregoing document upon counsel for plaintiff by placing a true and correct copy in the United States Mail with sufficient postage affixed thereon, addressed as follows:

T. Brandon Welch, Esq.
David L. Hill, II, Esq.
Graham & Jensen, LLP
17 Executive Park Dr. NE
Suite 115
Atlanta, GA 30329

This 4th day of June, 2015.

                                                        DODSON & ASSOCIATES

                                                        **/S/     NORMAN M. SAWYER, JR.**
                                                        **NORMAN M. SAWYER, JR.**
                                                        Georgia Bar No.  116686
                                                        Attorney for Defendant

Caller Service No. 1808
Alpharetta, GA  30023-1808
Tel.: 678-317-7116
Fax: 678-317-8917
nsawyer@travelers.com

333315v.1